UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM C. STONE, KATHLEEN
BREMNER, AND CYNTHIA E. DIETZ,
INDIVIDUALLY AND AS THE HEIRS
OF PAULA PALLADINO, DECEASED,

                                 Plaintiffs,

    -against-

RANBAXY PHARMACEUTICALS INC., AND
RANBAXY LABORATORIES LTD.,

                                 Defendants.
------------------------------------------------------------X

Case No. 10-CV-8816
(JFM) (PED)

**MOTION TO ADMIT G. DAWN SHAWGER McCORD PRO HAC VICE**

**Document filed electronically**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Soo Y. Kim, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | G. Dawn Shawger McCord |
| Company Name: | Sedgwick LLP |
| Address: | 1717 Main Street, Suite 5400 |
| City/State/Zip: | Dallas, TX 75201 |
| Phone Number: | (469) 227-8200 |
| Fax Number: | (469) 227-8004 |
| Email Address: | dawn.mccord@sedgwicklaw.com |

G. Dawn Shawger McCord is a member in good standing of the bar of the State of Texas.

There are no pending disciplinary proceedings against Ms. McCord in any state or federal court.

Dated:  New York, New York
         May 5, 2011

NY/699395V1

                Respectfully submitted,

By: _____
      Soo Y. Kim (SK-5885)
      SEDGWICK LLP
      *Attorneys for Defendants*
      RANBAXY LABORATORIES LIMITED AND RANBAXY
      PHARMACEUTICALS INCORPORATED
      125 Broad Street, 39th Floor
      New York, New York 10004-2400
      (212) 422-0202 Telephone
      (212) 422-0925 Facsimile
      [Our file no. 10148-000003]

TO:    Via ECF
       Christopher LoPalo, Esq.
       Napoli Bern Ripka & Associates, LLP
       350 5th Avenue, Suite 7413
       New York, New York 10118-11530
       *Attorneys for Plaintiffs*