125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925


Sedgwick
DETERT, MORAN & ARNOLD LLP

*(212) 898-4053*
*direct fax (212) 422-0925*
*soo.kim@sdma.com*

March 31, 2011

*Via Federal Express*
Honorable J. Frederick Motz
Federal Building and Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *William C. Stone, et al. v. Ranbaxy Pharmaceuticals, Inc., et al.*
    Our File No.: 10148-000003

Dear Honorable Judge Motz:

The undersigned represents the defendants Ranbaxy Pharmaceuticals Inc (RPI) and Ranbaxy Laboratories Ltd (RLL) in the above-referenced matter. Defendants have moved for dismissal pursuant to Fed. R. Civ. P. 12(b). Defendants have also submitted a Corporate Disclosure Statement as well as a Notice of Appearance. All papers have been filed via ECF and enclosed are courtesy copies of the following:

1. Defendants' Notice of Motion to Dismiss, dated March 29, 2011;
2. Declaration of Soo Y. Kim in support, and Exhibits A-C, dated March 29, 2011;
3. Defendants' Memorandum of Law in Support, dated March 29, 2011;
4. Defendants' Certificate of Service, dated March 29, 2011;
5. Defendant RLL's Corporate Disclosure Statement, dated March 29, 2011;
6. Defendant RPI's Corporate Disclosure Statement, dated March 29, 2011;
7. Notice of Appearance of Soo Y. Kim, dated March 29, 2011

In addition, Defendants have learned that in the ECF filing of the above, a member of the firm, Dirk C. Haarhoff, Esq. has inadvertently been noted in the docket as the handling attorney in this matter. Defendants respectfully request the Court direct the Clerk of the Court to remove attorney Haarhoff from further ECF notices and add the undersigned in his stead. As the handling attorney, the undersigned has received the appropriate ECF log-in credentials so that this issue will not be repeated.

NY/692594v1

Honorable J. Frederick Motz
Re: *William C. Stone, et al. v. Ranbaxy Pharmaceuticals, Inc., et al.*
March 31, 2011
Page 2

If the Court requires any additional information, I may be reached at 212-898-4053.

Respectfully submitted,

Soo Kim (SK-5885)
Sedgwick, Detert, Moran & Arnold LLP

cc:   *Via mail (w/o enclosures)*
      Christopher LoPalo, Esq.

SYK
Enclosures

NY/692594v1