IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WILLIAM C. STONE, ET AL.
                                \*

    Plaintiff(s)
                                \*

vs.                                      Civil Action No.   JFM-10-8816
                                \*

RANBAXY PHARMACEUTICALS, INC., ET A.
                                \*

    Defendant(s)
                               \*\*\*\*\*\*

ORDER

The Court having been advised by counsel Dirk C. Haarhoff, Esq. has inadvertently been noted on the docket as a handling attorney in this matter, it is, this 9th day of May 2011

ORDERED that the Clerk is directed to remove Mr. Haarhoff from further ECF notices and to add Soo Kim, Esq. in his stead.

                                                  /s/
                                                  J. Frederick Motz
                                                  United States District Judge