UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
WILLIAM C. STONE, et al., :
    Plaintiffs, :
     : **ORDER**
v. :
     : 10 CV 8816 (VB)
RANBAXY PHARMACEUTICALS, INC., and :
RANBAXY LABORATORIES, LTD., :
    Defendants. :
-----------------------------------------------------------------x

    Defendant Ranbaxy Pharmaceuticals, Inc., filed a motion to dismiss in this action on June 30, 2011. Plaintiffs have not submitted an opposition to that motion to date. By letter dated November 29, 2011, plaintiffs request the Court allow them until December 13, 2011, to respond to the motion to dismiss.

    Plaintiffs have not provided any basis for the Court to conclude there is a good cause basis for extending plaintiffs' time to respond to the motion to dismiss, or any basis for the Court to find that plaintiff's failure to file a timely response to the motion was due to excusable neglect. Accordingly, plaintiffs' request for an extension of time to file a response to the pending motion to dismiss is denied.

    The Court will rule on the merits of motion. See McCall v. Pataki, 232 F.3d 321, 323 (2d Cir. 2000).

Dated: November 30, 2011
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2011

1