Briccetti, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM C. STONE, KATHLEEN
BREMNER, AND CYNTHIA E. DIETZ,
INDIVIDUALLY AND AS THE HEIRS
OF PAULA PALLADINO, DECEASED,

                              Plaintiffs,

      -against-

RANBAXY PHARMACEUTICALS INC., AND
RANBAXY LABORATORIES LTD.,

                             Defendants.
------------------------------------------------------------X

Case No. 10-CV-8816 (VB)

**STIPULATION OF
DISCONTINUANCE**

Document filed electronically

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiffs WILLIAM C. STONE, KATHLEEN BREMNER, AND CYNTHIA E. DIETZ, INDIVIDUALLY AND AS THE HEIRS OF PAULA PALLADINO, DECEASED, and defendants RANBAXY PHARMACEUTICALS INC., AND RANBAXY LABORATORIES LTD., that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued as to defendants RANBAXY PHARMACEUTICALS INC., AND RANBAXY LABORATORIES LTD., with prejudice and without costs to either party as against the other.

NY/756258V1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

**IT IS FURTHER AGREED** that this stipulation may be signed in counterparts and a facsimile or electronic signature is deemed an original for all purposes, including filing.

Dated: New York, New York
       December 1, 2011

/s/_____
Patty Ann Trantham, Esq. (PT- 6230)

Law Offices of Robert L. Salim
Attorneys for Plaintiffs
*William C. Stone, Kathleen Bremner, and Cynthia E. Dietz, Individually and as the Heirs Of Paula Palladino, Deceased*
1901 Texas Street
Natchitoches, LA 71457
Phone: (318) 354-1043
Fax: (318) 354-1021

SO ORDERED
_____
The Honorable Vincent L. Briccetti
United States District Court Judge
Dated: 12/6/11

/s/_____
Soo Y. Kim, Esq. (SK-5885)

Sedgwick LLP
Attorneys for Defendants
*Ranbaxy Pharmaceuticals Inc. and Ranbaxy Laboratories Ltd.*

125 Broad Street, 39th Floor
New York, New York 10004-2400
Phone: (212) 422-0202
Fax: (212) 422-0925

2